IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JESSICA L WILLIAMS ) | |
| ) | |
| CHASE HOME FINANCE LLC, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 09B06390 |
| ) | JUDGE JACQUELINE P. COX |
| JESSICA L WILLIAMS, ) | |
| Debtor, ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 5, 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 5, 2010.

   a. Attorney's Fees            $250.00
   b. Amended POC                $6,232.70
   c. Cost of Collection Order   $350.00
   d. Less amount paid           ($3,218.94)
      Total                      $3,613.76

3. On April 27, 2009 counsel for Chase Home Finance LLC and counsel for the debtor had an agreed minute order to be entered prior to confirmation to modify the plan to allow for the amended proof of claim, which would have increased Section E5(a) mortgage arrears payable to Chase Home Finance LLC to $6,232.70.

4. For reasons unknown said minute order was not entered.

5. On July 19, 2010 counsel for the debtor will move the court to amend Section E5(a) of the confirmed plan to correctly reflect the arrears to be paid through the plan to Chase Home Finance LLC in the amount of $6,232.70.

6. Additionally, a cost of collection order was entered on April 27, 2009 in the amount of $350.00, bringing the original total payable to Chase Home Finance LLC to $6,582.70. The cost of collection for the RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE is an additional $250.00.

7. Since the confirmation date the Chapter 13 trustee has paid to Chase Home Finance LLC $3,218.94, which includes the original proof of claim plus the original cost of collection order, leaving arrears payable to Chase Home Finance LLC in the amount of $3,613.76.

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Chase Home Finance LLC rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Chase Home Finance LLC

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088